IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONG VUE, )<br>)<br>)<br>      Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner, )<br>)<br>      Defendant. )<br>_____) | 1:09cv1817 GSA<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br>(Document 13)<br><br>ORDER GRANTING PLAINTIFF'S<br>REQUEST FOR EXTENSION OF TIME TO<br>FILE AN OPENING BRIEF |

     On October 14, 2009, Plaintiff filed the present action for judicial review of the denial of her Social Security benefits. On June 25, 2010, the Court issued an order to show cause why sanctions should not be imposed for Plaintiff's failure to file an opening brief by May 31, 2010.

     On June 25, 2010, Plaintiff filed a response to the order to show cause and requested an extension until August 25, 2010, to file her opening brief. In the response, Plaintiff's counsel, Ms. Haley, explained that she mistakenly sent the confidential letter brief to the Defendant to the wrong e-mail address on two occasions, and that she had marked the matter completed. As a result, the item fell out of her calendering system. She only realized the error when she received the OSC. Both parties have stipulated that Defendant may have an additional thirty days to review the confidential letter brief and that Plaintiff be permitted to file her opening brief thirty days thereafter.

1

1   Based on the foregoing, it appears that Plaintiff's failure to file an opening brief was
2  inadvertent.  However, Ms. Haley is advised that this Court is becoming increasingly concerned with
3  her inability to timely file opening briefs in numerous cases.  While the Court will discharge the
4  OSC in this instance given the stipulation of the parties, Plaintiff's counsel is warned that future
5  failures to timely file an opening brief or timely request an extension of time will be looked upon
6  with disfavor and may result in sanctions.[1]  Accordingly, the order to show cause is hereby
7  DISCHARGED.  Plaintiff's request for an extension of time is GRANTED.  Defendant shall respond
8  to Plaintiff's confidential letter brief no later than **July 25, 2010**.  Plaintiff shall file her opening brief
9  no later than **August 25, 2010.**  All other deadlines outlined in this Court's scheduling order dated
10  October 25, 2009, remain in effect.
11  IT IS SO ORDERED.
12  **Dated:   June 28, 2010**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] See *Harper v. Astrue*, 09-cv-1211-SKO in which United States Magistrate Judge Sheila Oberto outlines several cases involving counsel's failure to timely file opening briefs. (Doc. 20).

2